

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Kim Y. Hagan*
*Assistant United States Attorney*
*Kim.Hagan@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*Direct: 410-209-4944*
*Main: 410-209-4800*
*Fax: 410-962-3124*

June 25, 2025

*Via email*
Gabriel Reyes
Assistant Federal Public Defender
100 S. Charles Street
Tower 2, 9th Floor
Baltimore, Maryland 21201

```
_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

     AUG 1 8 2025

        AT BALTIMORE
   CLERK, U.S. DISTRICT COURT
      DISTRICT OF MARYLAND
BY                      DEPUTY
```

Re:   United States v. Brian Adams
      Criminal No. JRR-24-213

Dear Counsel:

This letter serves to amend the plea agreement dated February 16, 2025 that your client signed in this case and filed with the court at the plea hearing on April 23, 2025. ECF 50. With the signatures below of all parties, the parties hereby agree to the following amendments to the plea agreement:

**Paragraphs 17 and 18 – Abandonment of a black American Tactical Omni Hybrid Multi-Cal .556 caliber semiautomatic short-barreled rifle bearing serial number NS288677.**

Both paragraphs 17 and 18 should be stricken from the agreement. There is no abandonment of any firearm nor was there a firearm of this description involved in this case.

The parties agree that all other aspects of the plea agreement remain unchanged, and that this amendment will not take effect unless and until accepted by the Court in this matter.

Rev. August 2018

If the Defendant fully accepts each and every term and condition of this letter of amendment, please sign and have the Defendant sign the original and return it to me promptly.

Very truly yours,

Kelly O. Hayes
United States Attorney

*Kim Y. Hagan*
Kim Y. Hagan
Assistant United States Attorney

I have read this letter of amendment and the Agreement, and carefully reviewed every part of it with my attorney. I understand it and I voluntarily agree to it. I am completely satisfied with the representation of my attorney.

8/13/25
Date

Brian Adams

I am the Defendant's attorney. I have carefully reviewed every part of this letter of amendment and the Agreement with the Defendant. The Defendant advises me that the Defendant understands and accepts its terms. To my knowledge, the Defendant's decision to enter into this Agreement is an informed and voluntary one.

8/13/25
Date

Gabriel Reyes, Esq.

Rev. August 2018